SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

MARVIN SANDLER, MIMI BERMAN SANDLER, and MIMARV, INC., f/k/a INDEPENDENT LIVING AIDS, INC.,

Plaintiffs,

-v-

INDEPENDENT LIVING AIDS, LLC (A NEW YORK LLC), INDEPENDENT LIVING AIDS LLC (A DELAWARE LLC), ECONOMIC SOLUTIONS, IRWIN SCHNEIDMILL

Defendants.

---

Index No. 652154/2013

**JUDGMENT**

The plaintiffs Marvin Sandler, Mimi Berman Sandler and MiMarv, Inc., f/k/a Independent Living Aids, Inc., (collectively "Plaintiffs" or "Sandlers") having commenced this action against, *inter alia*, Independent Living Aids, LLC (A Delaware LLC) ("ILA Delaware"), Independent Living Aids, LLC (A New York LLC) ("ILA New York") and Irwin Schneidmill ("Schneidmill"), and the matter having regularly come on to be heard before the Honorable Andrea Masley on September 25, 2019, upon Plaintiffs' Notice of Motion pursuant to CPLR 3212 for summary judgment dated December 17, 2018, the Affirmation of Richard A. Hubell dated November 30, 2018, the exhibits annexed thereto; the Affidavit of Marvin Sandler sworn to November 29, 2018, the Expert Affidavit of Henry Dubrow sworn to November 19, 2018, and the Memorandum of Law in support dated December 17, 2018; the Affirmation of Mark I. Reisman in Opposition to Plaintiffs' Motion for Summary Judgment dated April 5, 2019, the exhibits annexed thereto; and the Memorandum of Law in Opposition dated April 5, 2019; the

Reply Affirmation of Richard A. Hubell dated May 16, 2019, the exhibits annexed thereto; the Reply Affidavit of Marvin Sandler sworn to May 16, 2019, and the Reply Memorandum of Law dated May 16, 2019; and the Court, after due deliberation thereon having issued a Decision and Order dated August 28, 2020, which granted Plaintiffs' motion for summary judgment, in part to the extent stated therein, and thereafter the Court having held an inquest on damages on the first cause of action for breach of the Asset Purchase Agreement (APA), the second cause of action for breach of the 2008 Consulting Agreement (Consulting Agreement), and on the sixth cause of action for fraudulent conveyance pursuant to the Debtor Creditor Law against Defendants Independent Living Aids LLC (A Delaware LLC), Independent Living Aids LLC (A New York LLC), Economic Solutions, Inc., and Irwin Schneidmill (NYSCEF Doc. No. 518, Decision); and the Court after due deliberation thereon having issued a Decision After Trial dated December 30, 2021, which, *inter alia,* directed Plaintiffs to submit a proposed judgment to the Clerk of the Court;

**NOW,** on motion of Hubell & Associates LLC, attorneys for Marvin Sandler, Mimi Berman Sandler and MiMarv, Inc., f/k/a Independent Living Aids, Inc., it is hereby

**ADJUDGED** that Marvin Sandler having an address at 180 East End Avenue, Apartment 20-D New York, New York 10128, Mimi Berman Sandler having an address at 180 East End Avenue, Apartment 20-D New York, New York 10128, and MiMarv, Inc., f/k/a Independent Living Aids, Inc., having an address at 180 East End Avenue, Apartment 20-D New York, New York 10128, have judgment and recover ~~on the first cause of action~~ against ILA Delaware, LLC (A Delaware LLC), having a last known address 200 Robbins Lane, Jericho, New York, 11753, in the amount of $450,000 plus interest at the rate of nine (9) percent from September 19, 2012 to the date the judgment is entered in the sum of $ __381,254.79__ , amounting to a total

X sum of $ 831,254.79 , and that Marvin Sandler, Mimi Berman Sandler and MiMarv, Inc., f/k/a Independent Living Aids, Inc. have execution therefore; and it is further

**ADJUDGED** that Marvin Sandler having an address at 180 East End Avenue, Apartment 20-D New York, New York 10128, Mimi Berman Sandler having an address at 180 East End Avenue, Apartment 20-D New York, New York 10128, ~~and MiMarv, Inc., f/k/a Independent Living Aids, Inc., having an address at 180 East End Avenue, Apartment 20-D New York, New York 10128,~~ have judgment and recover ~~on the second cause of action~~ against ILA Delaware, LLC (A Delaware LLC) having a last known address 200 Robbins Lane, Jericho, New York, 11753, in the amount of $1,456,000 plus interest at the rate of nine (9) percent from June 1, 2012 to the date the judgment is entered in the sum of $ 1,273,062.58 , amounting to a total

X sum of $ 2,729,062.58 , and that Marvin Sandler and Mimi Berman Sandler ~~and MiMarv, Inc., f/k/a Independent Living Aids, Inc.~~ have execution therefore; and it is further

**ADJUDGED** that Marvin Sandler having an address at 180 East End Avenue, Apartment 20-D New York, New York 10128, Mimi Berman Sandler having an address at 180 East End Avenue, Apartment 20-D New York, New York 10128, and MiMarv, Inc., f/k/a Independent Living Aids, Inc., having an address at 180 East End Avenue, Apartment 20-D New York, New York 10128, have judgment and recover ~~on the sixth cause of action,~~ jointly and severally against Independent Living Aids LLC (A Delaware LLC), having a last known address 200 Robbins Lane, Jericho, New York, 11753, Independent Living Aids LLC (A New York LLC), having a last known address 200 Robbins Lane, Jericho, New York, 11753, Economic Solutions, Inc., having a last known address 1333 Roosevelt Way, Westbury, New York, United States, 11590 and Irwin Schneidmill having a last known address 7 Leighton Court, Melville, New York, 11747, in the amount of $1,906,000 plus interest at the rate of nine (9) percent from June 1, 2012

to the date the judgment is entered in the sum of $ __1,666,522.85__, amounting to a total sum of $ __3,572,522.85__, and that Marvin Sandler, Mimi Berman Sandler and MiMarv, Inc., f/k/a Independent Living Aids, Inc. have execution therefor; and it is further

      **ADJUDGED** that Plaintiffs Marvin Sandler, Mimi Berman Sandler and MiMarv, Inc. f/k/a Independent Living Aids, Inc. have judgment and recover from Defendants Independent Living Aids LLC (A Delaware LLC), Independent Living Aids LLC (A New York LLC), Economic Solutions, Inc., and Irwin Schneidmill costs and disbursements, as calculated by the Clerk, in the amount of $__1,105.36__ and Plaintiffs Marvin Sandler, Mimi Berman Sandler and MiMarv, Inc. f/k/a Independent Living Aids, Inc. shall have execution therefor.

Date: 15 th    Feb.    2022

FILED
Feb 15 2022
NEW YORK
COUNTY CLERK'S OFFICE

_____
Clerk

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------X
MARVIN SANDLER, MIMI BERMAN SANDLER, and MIMARV, INC., f/k/a INDEPENDENT LIVING AIDS, INC.,

           Plaintiffs,

-v-

INDEPENDENT LIVING AIDS, LLC (A NEW YORK LLC), INDEPENDENT LIVING AIDS LLC (A DELAWARE LLC) ECONOMIC SOLUTIONS, INC., AND IRWIN SCHNEIDMILL,

           Defendants.

------------------------------------------------------------------X

Index No. 652154/2013

BILL OF COSTS

## COSTS

| | |
|---|---:|
| Costs before Note of Issue - CPLR 8201(1).................................................................... | $200.00 |
| Costs after Note of Issue - CPLR 8201(2) ..................................................................... | $200.00 |
| Trial of Issue - CPLR 8201(3) ........................................................................................ | $300.00 |

## FEES AND DISBURSEMENTS

| | |
|---|---:|
| Fee for Index Number - CPLR 8018(a)........................................................................ | 210.00 |
| Clerk's fee for filing Notice of Pendency - CPLR 8021(a)(10) ............................... ($35.00 in NYC, $15.00 in all other counties) | |
| Referee's fee to compute - CPLR 8003(a) ................................................................. | |
| Paid for searches - CPLR 8301(a)(10) ...................................................................... | |
| Request for Judicial Intervention................................................................................ | 95.00 |
| Motion Fee…............................................................................................................... | 45.00 |
| Note of Issue Fee ....................................................................................................... | 30.00 |
| Service ........................................................................................................................ | 25.36 |
| Total ........................................................................................... | **$1,105.36** |

FEBRUARY 15 2022
I HEREBY CERTIFY THAT I HAVE
ADJUSTED THIS BILL OF COSTS AT
$1105.36

*Milton Adair Tingling*
CLERK

## Attorney's Affirmation

The undersigned, an attorney admitted to practice in the Courts of this State, affirms:

That he is the attorney of record for the plaintiffs in the above-entitled action; that the foregoing disbursements have been incurred in this action and are reasonable in amount and that copies of documents or papers as charged herein were actually and necessarily obtained for use.

The undersigned affirms that the foregoing statements are true, under penalties of perjury.

Dated: February 4, 2022

*S/Richard A. Hubell*
Richard A. Hubell
Attorney for Plaintiffs

```
FILED
FEB 15 2022
AT     11:51 A    M
N.Y. CO. CLK'S OFFICE
```

Index No. 652154/2013

-----------------------------------------------------------------------------------X
MARVIN SANDLER, MIMI BERMAN SANDLER, and MIMARV, INC.,
f/k/a INDEPENDENT LIVING AIDS, INC.,

                                  Plaintiffs,

           - against -

INDEPENDENT LIVING AIDS, LLC (A NEW YORK LLC),
INDEPENDENT LIVING AIDS LLC (A DELAWARE LLC),
ECONOMIC SOLUTIONS, INC., AND IRWIN SCHNEIDMILL

                                  Defendants.
-----------------------------------------------------------------------------------

3-4
FILED AND DOCKETED
Feb 15 2022
AT 11:51 A M
N.Y. CO. CLK'S OFFICE

# Judgment

HUBELL & ASSOCIATES LLC
Attorneys for Plaintiffs
2 Grand Central Tower
140 East 45th Street
44th Floor
New York, NY 10017
(212) 682-7195

13 652154