UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                                                          Chapter 7

    IRWIN SCHNEIDMILL,                                      Case No. 22-71158 (AST)

                       Debtor.
-------------------------------------------------------------X
MARVIN SANDLER, MIMI BERMAN SANDLER
and MIMARV, INC. F/K/A INDEPENDENT
LIVING AIDS, INC.,                                                       Adv. Pro. No. 22-08060 (AST)

                       Plaintiffs,

    -against-

IRWIN SCHNEIDMILL,

                       Defendant.
-------------------------------------------------------------X

### STIPULATION EXTENDING TIME FOR DEBTOR- DEFENDANT IRWIN SCHNEIDMILLTO RESPOND TO THE COMPLAINT

Plaintiffs Marvin Sandler, Mimi Berman Sandler and Mimarc, Inc. f/k/a Independent Living Aids, Inc. (collectively, "Plaintiffs") and defendant Irwin Schneidmill ("Debtor-Defendant"), through their respective counsel, enter into this *Stipulation Extending Time for the Debtor-Defendant to Respond to the Complaint* ("Stipulation") as follows:

**WHEREAS,** on August 12, 2022, Plaintiff filed a complaint in the above captioned adversary proceeding for, among other things, a judgment declaring the Debtor-Defendant's debt to Plaintiffs as non-dischargeable ("Complaint"); and

**WHEREAS,** on or about September 9, 2022, counsel for the Debtor-Defendant requested an extension of Debtor-Defendant's time to answer, move or otherwise plead to the Complaint through and until October 3, 2022; now therefore

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff and Debtor-Defendant, that the time within which the Debtor-Defendant may answer, move, or otherwise plead to the Complaint [Dkt. No. 1] is hereby extended to and including October 3, 2022;

**IT IS FURTHER STIPULATED AND AGREED** that the Debtor-Defendant waives any defense based on insufficiency of service of process or lack of personal jurisdiction in this adversary proceeding; and

**IT IS FURTHER STIPULATED AND AGREED** that this stipulation may be executed in counterparts and that a facsimile or electronic signature shall have the same binding effect on all parties hereto as an original signature.

| | |
|---|---|
| Dated: September 19, 2022<br>Uniondale, New York | Dated: September 21, 2022<br>New York, New York |
| **FORCELLI DEEGAN TERRANA**<br>*Attorneys for Plaintiffs* | **LAMONICA HERBST & MANISCALCO, LLP**<br>*Attorneys for Debtor-Defendant* |
| By:  /s/ Gerard R. Luckman<br>     Gerard R. Luckman, Esq.<br>     333 Earle Ovington Blvd., Suite 1010<br>     Uniondale, New York 11553<br>     (516) 248-1700 | By:   s/ Joseph S. Maniscalco<br>     Joseph S. Maniscalco, Esq.<br>     A Member of the Firm<br>     3305 Jerusalem Avenue<br>     Wantagh, New York 11793<br>     (516) 826-6500 |



**Dated: September 22, 2022**
**Central Islip, New York**

**Alan S. Trust**
**Chief United States Bankruptcy Judge**